| | |
|---|---|
| 1 | Joel E. Tasca |
| | Nevada Bar No. 14124 |
| 2 | Russell J. Burke |
| | Nevada Bar No. 12710 |
| 3 | BALLARD SPAHR LLP |
| | 100 North City Parkway, Suite 1750 |
| 4 | Las Vegas, Nevada 89106 |
| | Telephone: (702) 471-7000 |
| 5 | Facsimile: (702) 471-7070 |
| | tasca@ballardspahr.com |
| 6 | burker@ballardspahr.com |
| 7 | *Attorneys for Plaintiff* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A. | Case No. 2:16-cv-02779-JCM-GWF |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; MOUNTAIN'S EDGE MASTER ASSOCIATION, a Nevada non-profit corporation; and DIAMOND CREEK COMMUNITY ASSOCIATION, a Nevada non-profit corporation. | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC., a Nevada limited liability company, | |
| Counter-Claimant, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A. | |
| Counter-Defendant. | |
| SFR INVESTMENTS POOL 1, LLC., a Nevada limited liability company, | |
| Cross-Claimant, | |

Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
(702) 471-7000

1  vs.

2  SIU MING PANG, an individual,

3      Cross-Defendant.

## STIPULATION AND ORDER FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff/counterdefenant JPMorgan Chase Bank, N.A. ("Chase") and Defendant Diamond Creek Community Association ("Diamond Creek CA"), through their counsel of record, stipulate as follows:

1. On December 5, 2016, Chase filed a complaint, naming the Diamond Creek CA as a necessary party.

2. Diamond Creek CA takes the position that it did not conduct the association foreclosure sale giving rise to this lawsuit, notwithstanding the fact that it is the homeowners' association identified in the relevant recorded documents.

3. Diamond Creek CA takes the position that current non-party Diamond Creek Homeowners' Association conducted the relevant association foreclosure sale.

4. At this time, Chase takes no position on which association conducted the sale.

5. Chase agrees to dismiss Diamond Creek CA without prejudice.

6. The parties agree that Diamond Creek CA, although no longer a party to this case, shall be bound by and cooperate in the enforcement of any final judgment that this Court enters regarding the determination of which association conducted the sale, quieting title, and declaratory relief as between the remaining parties and any other party regarding priority of the respective interests in title to the subject property.

7. Diamond Creek CA agrees that it will participate in third-party discovery in compliance with the Federal Rules of Civil Procedure should the need arise for any remaining party to conduct discovery on Diamond Creek CA.

///

8. Diamond Creek CA and Chase shall each bear its own fees and costs incurred in this matter.

| Dated: April 14, 2017 | Dated: April 14, 2017 |
|---|---|
| Ballard Spahr LLP | Boyack, Orme & Anthony |
| By: /s/ *Russell J. Burke*<br>Joel E. Tasca, Esq.<br>NV Bar No. 14124<br>Russell J. Burke, Esq.<br>NV Bar 12710<br>100 N. City Parkway, Suite 1750<br>Las Vegas, NV 89106<br>*Attorneys for JPMorgan Chase Bank, N.A.* | By: /s/ *Colli C. McKiever*<br>Colli C. McKiever, Esq.<br>NV Bar No. 13724<br>401 N. Buffalo Drive, Suite 202<br>Las Vegas, NV 89145<br>*Attorneys for Diamond Creek Community Association* |

## ORDER

Based on the above stipulation between Chase and Diamond Creek CA and good cause appearing therefore,

**IT IS ORDERED** that Diamond Creek CA only shall be dismissed from this litigation without prejudice.

**IT IS FURTHER ORDERED** that each party shall bear all of its own fees and costs.

**IT IS FURTHER ORDERED** that the Diamond Creek CA shall be bound by and cooperate in the enforcement of any final judgment that this Court enters regarding the association that conducted the foreclosure sale, quieting title and declaratory relief as between the remaining parties and any other party, regarding priority of the respective interests in title to the Subject Property.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 19, 2017