1  **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
   GREGORY P. KERR, ESQ.
2  Nevada Bar No. 10383
   JORDAN BUTLER, ESQ.
3  Nevada Bar No. 010531
   3556 E. Russell Road, Second Floor
4  Las Vegas, Nevada 89120
   (702) 341-5200/Fax: (702) 341-5300
5  gkerr@wrslawyers.com
   jbutler@wrslawyers.com
6
   *Attorneys for Mountains Edge*
7  *Master Association*

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A | Case No.: 2:16-cv-02779-JCM-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; MOUNTAIN'S EDGE MASTER ASSOCIATION, a Nevada non-profit corporation; and DIAMOND CREEK COMMUNITY ASSOCIATION, a Nevada non-profit corporation, | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A., | |
| Counter-Defendant. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Cross-Claimant, | |
| vs. | |
| SIU MING PANG, an individual, Cross-Defendant. | |

STIPULATION AND ORDER

| | |
|---|---|
| 1 | Plaintiff JPMORGAN CHASE BANK, N.A. ("Plaintiff"), and Defendant MOUNTAIN'S EDGE MASTER ASSOCIATION ("Mountain's Edge") hereby agree and stipulate as follows: |

Plaintiff JPMORGAN CHASE BANK, N.A. ("Plaintiff"), and Defendant MOUNTAIN'S EDGE MASTER ASSOCIATION ("Mountain's Edge") hereby agree and stipulate as follows:

1. Mountain's Edge does not, at this time, have any opposition to any of Plaintiff's positions or causes of action as set forth in its complaint. It is recognized that Mountain's Edge did not conduct the foreclosure of the subject property in this case, which is located at 9491 Bighorn Point Court, Las Vegas, Nevada 89178 (the "Property").

2. The Plaintiff and Mountain's Edge agree that Mountains Edge should be dismissed from this case.

NOW THEREFORE, it is hereby agreed and stipulated by and between the Plaintiff and Mountain's Edge as follows:

It is AGREED that Mountain's Edge shall be dismissed from this action;

It is FURTHER AGREED that Mountain's Edge will abide by, and will not collaterally attack, any final judgment issued in this case.

It is FURTHER AGREED that each party is to bear their own fees and costs.

DATED this __1st__ day of August, 2017   DATED this _1st_ day of August, 2017

BALLARD SPAHR, LLP   WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By: ___*/s/ Russell Burke*___   By: ___*/s/ Gregory P. Kerr*___
    Russell Burke, Esq. (No. 12710)       Gregory P. Kerr, Esq. (No. 10383)
    100 North City Parkway, Suite 1750       3556 E. Russell Road, 2nd Floor
    Las Vegas, NV 89106       Las Vegas, Nevada 89120
    *Attorneys for Plaintiff*       *Attorneys for Defendant Mountain's Edge Master Association*

///

///

///

| | |
|---|---|
| 1 | DATED this ___1st___ day of August, 2017 |
| 2 | KIM, GILBERT & EBRON |
| 3 | |
| 4 | By: ___/s/ Diana Cline Ebron___ |
| | Diana Cline Ebron, Esq. (No. 10580) |
| 5 | 7625 Dean Martin Drive, Ste. 110 |
| | Las Vegas, NV 89139 |
| 6 | *Attorneys for SFR Investments* |

Upon reviewing the terms agreed to by Plaintiff and Mountain's Edge:

It is ORDERED that Mountain's Edge shall be dismissed from this action;

It is FURTHER ORDERED that Mountain's Edge will abide by, and will not collaterally attack, any final judgment issued in this case.

It is FURTHER ORDERED that each party is to bear its own fees and costs.

DATED August 3, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

___/s/ Gregory P. Kerr___
GREGORY P. KERR, ESQ.
Nevada Bar No. 10383
*Attorneys for Defendant Mountain's Edge Master Association*