Joel E. Tasca
Nevada Bar No. 14124
Russell J. Burke
Nevada Bar No. 12710
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
burker@ballardspahr.com

Attorneys for JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; MOUNTAIN'S EDGE MASTER ASSOCIATION, a Nevada non-profit corporation; and DIAMOND CREEK HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation.<br><br>Defendants. | Case No. 2:16-cv-02779-JCM-GWF<br><br>**STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC., a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Counter-Defendant. | |
| SFR INVESTMENTS POOL 1, LLC., a Nevada limited liability company,<br><br>Cross-Claimant,<br><br>vs.<br><br>SIU MING PANG, an individual,<br><br>Cross-Defendant. | |

DMWEST #17557732 v1

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Defendant Diamond Creek Homeowners' Association ("Diamond Creek") (collectively, the "Parties"), through their respective attorneys, stipulate as follows:

1. On or about February 9, 2018, the Court entered an order extending the discovery deadlines, which set the deadline to complete discovery for March 30, 2018 (ECF No. 50).

2. The Parties have since come to an agreement and are in the process of finalizing settlement.

3. Given the resolution and to avoid wasting resources and incurring potentially unnecessary expense associated with discovery and continued litigation, the Parties agree, and hereby request, a stay of the case to give each side sufficient time and resources to finalize settlement.

[*Continued on the following page*]

4. The Parties make this stipulation in good faith and not for purposes of delay.

Dated: March 21, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Russell J. Burke<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Russell J. Burke<br>Nevada Bar No. 12710<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Diana S. Ebron<br>Diana S. Ebron<br>Nevada Bar No. 10580<br>Jackie A. Gilbert<br>Nevada Bar No. 10593<br>Karen Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

HALL, JAFFE & CLAYTON, LLP

By: /s/ Ashlie L. Surur
    Ashlie L. Surur
    Nevada Bar No. 11290
    7425 Peak Drive
    Las Vegas, NV 89128

*Attorney for Diamond Creek Homeowners' Association*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/22/2018