Joel E. Tasca
Nevada Bar No. 14124
Russell J. Burke
Nevada Bar No. 12710
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
burker@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; MOUNTAIN'S EDGE MASTER ASSOCIATION, a Nevada non-profit corporation; and DIAMOND CREEK HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation.<br><br>Defendants. | Case No. 2:16-cv-02779-JCM-GWF<br><br>**STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN JPMORGAN CHASE, N.A., DIAMOND CREEK HOMEOWNERS' ASSOCIATION, AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE; AND 2) LIFT STAY ENTERED MARCH 22, 2018** |
| SFR INVESTMENTS POOL 1, LLC., a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Counter-Defendant. | |
| SFR INVESTMENTS POOL 1, LLC., a Nevada limited liability company,<br><br>Cross-Claimant,<br><br>vs.<br><br>SIU MING PANG, an individual,<br><br>Cross-Defendant. | |

DMWEST #18141862 v1

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Defendant Diamond Creek Homeowners' Association ("Diamond Creek") (collectively, the "Parties"), through their respective attorneys, stipulate as follows:

1. This action concerns title to real property commonly known as 9491 Bighorn Point Court, Las Vegas, Nevada 89178 (the "Property") following a homeowner's association foreclosure sale conducted on December 5, 2012, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20080229-0001667 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice;

4. This Stipulation in no way affects SFR's cross-claim against Siu Ming Pang (the "former unit owner");

5. The Parties further stipulate and agree that the $500 in security costs posted by the Trustee on February 7, 2017 pursuant to this Court's Order [ECF No. 12] shall be discharged and released to the Ballard Spahr LLP Trust Account;

6. The Parties further stipulate and agree that the two Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20131206-0000050 and 20170223-0003750 be, and the same hereby are, EXPUNGED;

7. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

///

8. The Parties further agree to lift the stay entered March 22, 2018 (ECF No. 55);

9. This case shall remain open until such time as SFR resolves its pending cross-claim against the former unit owner; and

10. Each party in this case number 2:16-cv-02779-JCM-GWF shall bear its own attorneys' fees and costs.

Dated: October 9, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Russell J. Burke<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Russell J. Burke<br>Nevada Bar No. 12710<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Jacqueline A. Gilbert<br>Diana S. Ebron<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert<br>Nevada Bar No. 10593<br>Karen Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

HALL, JAFFE & CLAYTON, LLP

By: /s/ Ashlie L. Surur
Ashlie L. Surur
Nevada Bar No. 11290
7425 Peak Drive
Las Vegas, NV 89128

*Attorney for Diamond Creek Homeowners' Association*

**IT IS SO ORDERED**:

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: October 11, 2018