UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., | Case No. 2:16-CV-2779 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *JPMorgan Chase Bank, N.A. v. SFR Investments Pool 1, LLC et al*, case number 2:16-cv-02779-JCM-EJY. On October 11, 2018, the court granted the parties' stipulation of dismissal with prejudice. (ECF Nos. 58; 59). Thereafter, the only remaining issue in the case was the pending claim between cross-claimant SFR Investments Pool 1, LLC and cross-defendant Siu Ming Pang. (ECF No. 59).

On July 29, 2019, the clerk entered default against cross-defendant Siu Ming Pang. (ECF No. 61). SFR has not moved for an entry of default judgment.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that SFR shall, within seven (7) days of this order, file a motion for entry of default judgment or other appropriate motion.

DATED February 24, 2020.

_____
UNITED STATES DISTRICT JUDGE