UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JP MORGAN CHASE BANK, N.A., | Case No. 2:16-CV-2779 JCM (EJY) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *JPMorgan Chase Bank, N.A. v. SFR Investments Pool 1, LLC et al.*, case number 2:16-cv-02779-JCM-EJY.

On March 2, 2020, SFR Investments Pool 1, LLC ("SFR") moved for default judgment against Sui Ming Pang. (ECF No. 64). The court granted the motion on March 5, 2020, which adjudicated the last remaining claim in this case. (ECF No. 65).

Accordingly,

IT IS HEREBY ORDERED that the clerk shall enter judgment consistent with this court's order (ECF No. 65) and close the case.

DATED March 30, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**